

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **UNDER SEAL** |
| v. | § § | CRIMINAL NO. |
| BRITTANY CAVANESS BARRETT<br>Defendant | § § § | **H19-1515M** |

# THE UNITED STATES' MOTION TO SEAL CRIMINAL COMPLAINT

TO THE HONOURABLE COURT,

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas, Ryan K. Patrick, and Rodolfo Ramirez, Assistant United States Attorney and files this Motion to Seal the Criminal Complaint in the above referenced case.

The United States requests that the Criminal Complaint be sealed until the arrest of the defendant because premature notice would jeopardize the ability to obtain the arrest and appearance of the defendant, and provide the defendant with an opportunity to flee the jurisdiction of the Court.

WHEREFORE, PREMISES CONSIDERED, the United States respectfully requests the Court seal the above-referenced Criminal Complaint, the Affidavit, this Motion to Seal, the Order to Seal, other filings in this cause, and that no person shall have access to same except pursuant to the Court's Order, the Clerk or his designated deputies, attorneys for the United States, and authorized representatives of agencies involved in the investigation and prosecution of the defendant, including Special Agents and representatives of the Federal Bureau of Investigation until the arrest of the defendant.

Respectfully submitted,

Ryan K. Patrick
United States Attorney

By: *Rodolfo Ram* [signature]
Rodolfo Ramirez
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002