COURTROOM MINUTES:  
The Honorable Peter Bray Presiding  
Deputy Clerk: Jason Marchand  

Interpreter Present? ☐ Yes ☑ No  ERO L. Pursley

USPT/USPO _____

Clerk, U.S. District Court  
Southern District of Texas  
Filed  
8-16-19  
David J. Bradley, Clerk  

OPEN 2:00 ADJOURN 2:14

☐ OTHER DISTRICT   ☐ DIVISION _____   THEIR CASE# _____

**PROCEEDING HELD:**
- ☐ Initial Appearance  ☐ Counsel Determination Hearing  ☐ Status Hearing
- ☑ Bond Hearing        ☐ Identity                        ☐ Hearing Continued on _____
- ☐ Detention Hearing   ☐ Preliminary Hearing             ☐ Other

CASE NUMBER  ☑ CR  ☐ MJ  19-515m  Defendant # 1

AUSA Rodolfo Ramirez

Brittany Lavanna Barrett                    Brandon Leonard

☐ Date of arrest _____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                Violation of   ☐ Supervised Release  ☐ Pretrial Release  ☐ Probation

☑ Defendant ☐ Material Witness appeared ☑ with     ☐ without counsel

☐ Defendant requests appointed counsel.              ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender           ☐ Order appointing private counsel to follow.
   Federal Public Defender Present - _____
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.  _____

☑ Defendant  1   bond set    ☐ Cash ☐ Surety ☐ P/R ☑ Unsecured ☐ $_____ Deposit
☐ Defendant ___ bond set     ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant ___ bond set     ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☑ Defendant(s)  1  advised of conditions of release
☑ BOND EXECUTED   ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond Continued     ☐ Bond reinstated    ☐ Bond Revoked
☑ Defendant   1   remanded to custody  ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating ☐ District ☐ Division

Defendant   1   Waiver of ☑ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause  ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment              ☐ Counsel Determination Hearing    ☐ Identity Hearing
    ☐ Detention Hearing        ☐ Preliminary Hearing              ☐ Final Revocation Hearing
    ☐ _____ Hearing