# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Brittany Cavaness Selina Barrett<br>*Defendant* | )<br>)<br>)  Case No.<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8·16·19

X BCB
*Defendant's signature*

b/t for Monique Sparks
*Signature of defendant's attorney*

Monique Sparks
*Printed name and bar number of defendant's attorney*

4306 Yoakum Blvd.
*Address of defendant's attorney*

monique@thesparkslawfirm.com
*E-mail address of defendant's attorney*

713-520-7000
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*